TAYLOR-FICHTER STEEL CONSTRUCTION Co., INC., Appellant, *v.* NIAGARA FRONTIER BRIDGE COMMISSION, Respondent.

Argued November 18, 1941; decided December 10, 1941.

*M. Carl Levine, David Morgulas* and *Albert Foreman* for appellant.

*Barent L. Visscher, George G. Davidson, Jr., E. J. Dimock* and *Allen R. Henderson* for respondent.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *John C. Crary, Jr.*, of counsel, for State of New York, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.